DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LARRY DONALD BERRIEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-3165

_____

March 25, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philippe Matthey, Judge.

PER CURIAM.

    Affirmed.

SILBERMAN, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.